UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | Case No. 20-cv-2275 (NEB/BRT) |
|---|---|
| Brian Peterson, | |
| Plaintiff, | **PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| Allina Health System, | |
| Defendant. | |

Plaintiff Brian Peterson hereby moves the Court under 28 U.S.C. § 1447 for an Order remanding this case to Hennepin County District Court.

Plaintiff basis his motion on his briefing, the arguments of counsel, and all materials filed with the Court.

Dated: November 25, 2020

_____
Joshua R. Williams (#389118)
jwilliams@jrwilliamslaw.com
2836 Lyndale Avenue S, Suite 160
Minneapolis, Minnesota 55408
(612) 486-5540
(612) 605-1944 Fax

A.L. Brown (#331909)
A.L.Brown@CCLAWG.COM
287 East Sixth Street, Suite 20
Saint Paul, Minnesota 55101
(651) 705-8580
(651) 705-8581 Fax

**ATTORNEYS FOR PLAINTIFF**