AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Brian Peterson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.    3:21-989 |
| Allina Health System | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff Brian Peterson shall take nothing of the defendant, Allina Health System, as to the complaint filed pursuant to 28:1332 and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, having granted Plaintiff's motion to dismiss.

Date:   January 16, 2024                           *Robin L. Blume, CLERK OF COURT*

                                                    s/Jennifer Peterson
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*